**EXHIBIT B**

| | |
|---:|:---|
| **Registration #:** | *-APPLICATION-* |
| **Service Request #:** | 1-4965903365 |

## Mail Certificate

Richard Liebowitz  
11 Sunrise Plaza  
Suite 305  
Valley Stream, NY 11580 United States

| | | | |
|---:|:---|---:|:---|
| **Priority:** | Routine | **Application Date:** | April 24, 2017 |

## Correspondent

| | |
|---:|:---|
| **Name:** | Richard Liebowitz |
| **Email:** | rl@liebowitzlawfirm.com |
| **Telephone:** | (516)233-1660 |
| **Address:** | 11 Sunrise Plaza |
| | Suite 305 |
| | Valley Stream, NY 11580 United States |

Registration Number

**\*-APPLICATION-\***

## Title

**Title of Work:** Rudkowski_Berkeley Riot, 4-15-17.mov

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** April 15, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Lukasz Rudkowski
  **Author Created:** entire motion picture
  **Work made for hire:** No
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Lukasz Rudkowski
PO Box 140492, Brooklyn, NY, 11214, United States

## Certification

**Name:** Richard Liebowitz
**Date:** April 24, 2017