# EXHIBIT C

# Berkeley riots: Video appears to show white supremacist Nathan Damigo punching protester



Source: WeAreChange/Youtube

pro-Trump rally at Martin Luther King, Jr. Civic Center Park.

The fight that broke out between the two groups was recorded and posted on YouTube by the organization WeAreChange. In the video, which at time of writing has accumulated nearly 250,000 views, a female protester can be seen getting punched in the face by a male demonstrator.

Berkeley Pro Free Speech Protesters Chase Out AntiFA

▶

Source: YouTube

The demonstrator who punched the woman appears to be Nathan Damigo, a white supremacist member of the "alt-



 **Tariq Nasheed**
@tariqnasheed

Follow

The Trump supporting coward who punched a woman in Berkeley today is an Alt-Right, white supremacist named Nathan Damigo #TrumpsAmerica

8:06 PM - 15 Apr 2017 · Pico Rivera, CA

19,201          15,572

Damigo was confirmed to be at Saturday's pro-Trump rally, posting a live video of the event via Periscope. The *Modesto Bee* and *Los Angeles Times* reporter Hailey Branson-Potts —



**Hailey Branson-Potts**
@haileybranson

Follow

Nathan Damigo, a California white supremacist I profiled in Dec., apparently punched a woman in Berkeley. Profile:
google.com/amp/www.latime… twitter.com/harmlessyarddo…

8:40 PM - 15 Apr 2017

**In diverse California, a young white suprema…**
Nathan Damigo, a native son of California, is a growing figure in the alt right movement, and has founded Identity Evropa, which focuses on white
latimes.com

1,063          773



Here are more images of the Trump supporting white supremacist Nathan Damigo, the coward who sucker punched a WOMAN in Berkeley today

8:09 PM - 15 Apr 2017 · Pico Rivera, CA

11,935      9,948

The white supremacist, a 30-year-old student at Cal State Stanislaus, is the founder of the alt-right group Identity Evropa. According to the _L.A. Times_, the group describes itself as a "generation of awakened Europeans ... [who] oppose those who would defame our history and rich cultural heritage." To apply, aspiring members are asked to indicate whether "you and your spouse/partner [are] of European, non-Semitic heritage."

In 2007, Damigo was convicted of armed robbery after robbing a cab driver he suspected of being Iraqi at gunpoint. He spent four years in prison for his crime, the _L.A. Times_ notes, where he became influenced by such books as _My Awakening_ by Ku Klux Klan leader David Duke.

Many on social media are calling for Damigo's arrest in the wake of his alleged punching, and a web page has been set up by the Stop Hate Alliance imploring CSU Stanislaus' leadership to expel the student for his actions.

 **Girls Really Rule.**
@girlsreallyrule

Follow

Chief Greenwood, Nathan Damigo is the man in this video, please arrest him. @berkeleypolice and @BerkeleyPDChief twitter.com/girlsreallyrul…

9:49 PM - 15 Apr 2017

621     698

At least 20 arrests were made during Saturday's protest, _SF Gate_ noted. Though billed as a "peaceful, free-speech" rally celebrating Patriot's Day, the event quickly descended into a battle between alt-right Trump supporters and liberal "antifa" — meaning anti-fascist — demonstrators.

A barrier dividing the two groups was broken during the protest, prompting the protesters to begin a violent brawl. During the rally, the opposing groups reportedly threw shoes, bottles and fireworks at each other, and 11 people were injured during the conflict.

 By **Alison Durkee**  |   **@alisond64**

Alison is a New York-based news writer at Mic. You can get in touch with her at adurkee@mic.com.

NAVIGATING
**TRUMP'S AMERICA**

Sign up to get your daily read on how the country is changing under Donald Trump.

Enter your email address          SUBSCRIBE

CONNECT WITH US

COMPANY

About                    Tips                    Jobs

Policies                 Archive                 Topics

Contact

© 2017 Mic Network Inc. All rights reserved.