UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUKASZ RUDKOWSKI,

                    Plaintiff,

          v.

MIC NETWORK, INC.

                    Defendant.

Case No. 1:17-cv-03647 (DAB) (JCF)

**<u>NOTICE OF MOTION</u>**

          PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, and the

Declaration of Marissa B. Lewis dated June 15, 2017 and the exhibits annexed thereto, defendant

Mic Network Inc., by its undersigned counsel, will move this Court before the Honorable

Deborah A. Batts, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street,

New York, NY 10007, at a time and place to be scheduled by this Court, for an order dismissing

plaintiff Lukasz Rudkowski's Complaint dated March 15, 2017 (Dkt. 1), pursuant to Fed. R. Civ.

P. 12(b)(6) for failure to state a claim on which relief can be granted and for such other and

further relief as the Court may deem just and proper.

          PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 6.1(b), opposing and

answering papers, if any, must be served by June 29, 2017, and reply papers served by July 6,

2017.

Respectfully submitted,

Dated: New York, New York          COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP
June 15, 2017


By: /s/ Eleanor M. Lackman
Eleanor M. Lackman
Marissa B. Lewis
41 Madison Avenue, 38th Floor
New York, New York 10010
Telephone: (212) 974-7474
Fax: (212) 974-8474
elackman@cdas.com
mlewis@cdas.com

*Attorneys for Defendant Mic Network, Inc.*