UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUKASZ RUDKOWSKI,

                Plaintiff,

     v.

MIC NETWORK, INC.

                Defendant.

Case No. 1:17-cv-03647 (DAB) (JCF)

## DECLARATION OF MARISSA B. LEWIS

MARISSA B. LEWIS declares as follows:

1. I am admitted to the bar of this Court and am an associate at the law firm of Cowan, DeBaets, Abrahams & Sheppard LLP, attorneys for defendant Mic Network, Inc. ("Mic") in the above-captioned matter. I make this declaration in support of Mic's Motion to Dismiss plaintiff Lukasz Rudkowski's Complaint dated May 15, 2017 (Dkt. No. 1).

2. Attached hereto as Exhibit 1 is a true and correct screenshot of the properties associated with the video at issue (the "Video"), which I obtained by viewing the "properties" of the QuickTime Movie (.mov) file of the Video that is attached to the Complaint as Exhibit A.

3. Attached hereto as Exhibit 2 is a true and correct screenshot of the website https://www.youtube.com/watch?v=c8GVtXfATtI, which I prepared on June 15, 2016.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: New York, New York
       June 15, 2017

                                                          */s/ Marissa B. Lewis*
                                                          MARISSA B. LEWIS