# EXHIBIT 2

Screenshot of YouTube page showing video "Berkeley Pro Free Speech Protesters Chase Out AntiFA" by WeAreChange, published Apr 15, 2017, with 1,036,740 views, 8,643 likes, 609 dislikes, and 5,158 comments. Sidebar shows related videos including "Battle at Berkeley 111 epic final charge", "Passive aggressive #Antifa lesbian doesn't understand 'No means no'", "Antifa With Lauren Southern At Counter Protest", "Handicap Senior Citizen U.S Military Vet Stands Up & Cucks Antifa", "The Best of 2016 Trump Rally Confrontations Compilation", "(RAW) Trump Supporters Fight and Then Chase Anti-Trump Thugs out of Minnesota", "Battle of Berkeley III: Patriots Defeat #Antifa", "Communists And Muslims Team Up To Attack Americans Protesting Sharia Law", "Sharia Law Protesters stand on corner with Leftist Protesters", "Black man gives racist Antifa a schooling at Manchester".

Description: "In this video independent journalist Luke Rudkowski of WeAreChange takes you inside the Berkeley riot as Antifa and pro free speech activists faced off against each other. As the police stood down and ran away from the scene, pro free speech protesters decided to start fighting back against Antifa."