UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUKASZ RUDKOWSKI,

                    Plaintiff,

      v.

MIC NETWORK, INC.

                    Defendant.

Case No. 1:17-cv-03647 (DAB)

## REPLY DECLARATION OF MARISSA B. LEWIS

MARISSA B. LEWIS declares as follows:

1. I am admitted to the bar of this Court and am an associate at the law firm of Cowan, DeBaets, Abrahams & Sheppard LLP, attorneys for defendant Mic Network, Inc. ("Mic") in the above-captioned matter. I make this reply declaration in further support of Mic's Motion to Dismiss plaintiff Lukasz Rudkowski's ("Plaintiff") Complaint dated May 15, 2017 (Dkt. 1).

2. Attached hereto as Exhibit A is a true and correct screenshot of the article at issue, entitled *Berkeley riots: Video appears to show white supremacist Nathan Damigo punching protester*, and available at https://mic.com/articles/174306/berkeley-riots-video-appears-to-show-white-supremacist-nathan-damigo-punching-protester, which I prepared on July 5, 2017. This is a better quality copy of the same article attached to the Complaint as Exhibit C.

3. Attached hereto as Exhibit B is a true and correct copy of selected pages from the transcript of the oral argument held by Judge Lewis A. Kaplan in *Kanongataa v. American Broad. Cos., Inc., et al.*, No. 16-cv-07382-LAK, Dkt. 34 (S.D.N.Y.) on February 15, 2017.

4. Attached hereto as Exhibit C is a true and correct copy of selected pages from the

Memorandum of Law in Opposition to Defendants' Motions to Dismiss submitted by the plaintiff in *Kanongataa v. American Broad. Cos., Inc., et al.*, No. 16-cv-07382, Dkt. 22 (S.D.N.Y. January 20, 2017).

5. Attached hereto as Exhibit D is a true and correct copy of selected pages from Plaintiff's Memorandum of Law in Opposition to Mic's Motion to Dismiss (Dkt. 13), highlighting the portions copied verbatim from the *Kanongataa* opposition brief. *Compare* Ex. D at 9-17 *with* Ex. C at 3-13.

6. Attached hereto as Exhibit E is a true and correct copy of the Memorandum Opinion and Order issued in *Kanongataa v. American Broad. Cos., Inc., et al.*, No. 16-cv-07382, Dkt. 44 (S.D.N.Y. June 21, 2017).

7. Attached hereto as Exhibit F is a true and correct copy of the Memorandum of Opinion and Order issued in *Zuma Press, Inc., et al v. Getty Images (US), Inc.*, No. 16-cv-06110-AKH, Dkt. 33 (S.D.N.Y. June 29, 2017).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: New York, New York
July 6, 2017

*Marissa B. Lewis*
MARISSA B. LEWIS