# Liebowitz Law Firm, PLLC
**Attorneys for the Photographic Arts**

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

August 30, 2017

<u>**VIA ECF**</u>

Honorable Deborah A. Batts
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 24B
New York, New York 10007

Re: <u>*Rudkowski v. Mic Network Inc., 17-cv-03647 (DAB)*</u>

Dear Judge Batts:

We represent Plaintiff Lukasz Rudkowski ("Rudkowski") in the above-referenced action and write to respectfully inform the Court that a copyright registration certificate has been issued for the work that is at the heart of this litigation. *See* Exhibit A.

Defendant's pending motion to dismiss, at least partially, relies on the fact that a certificate had not been issued at the time of the filing of the complaint. While the Court decides the merits of the pending motion, Plaintiff would like to inform the Court that the U.S. Copyright Office has issued a certificate as of August 10, 2017. The effective date of the registration is April 24, 2017 – the date the application was filed.

Importantly, Plaintiff filed an application for registration prior to the filing of the complaint on May 15, 2017. Subsequently, Plaintiff upgraded his application to expedite the proceedings. Finally, on August 10, 2017 the U.S. Copyright Office issued a registration certificate.

Accordingly, we kindly request that the Court consider the issued certificate attached.

Respectfully Submitted,

*/s/ Yekaterina Tsyvkin*
Yekaterina Tsyvkin
Richard P. Liebowitz
kt@liebowitzlawfirm.com


*Counsel for Plaintiff Lukasz*



