# Liebowitz Law Firm, PLLC
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

October 3, 2017

**VIA ECF**

Honorable Deborah A. Batts
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:    *Rudkowski  v. Mic Network Inc.,* 1:17-cv-03647 (DAB)

Dear Judge Batts:

We represent Plaintiff Lukasz Rudkowski in the above-captioned case.  We are writing to advise the Court of a key decision in the case of *Hirsch v. CBS Broadcasting, Inc.*, 17-civ-1860 (PAE) [S.D.N.Y.] which impacts the meritless defenses interposed by Defendant Mic Network, Inc. in their pending motion to dismiss this action.  The *Hirsch* decision, dated August 4, 2017, was decided only after the parties had fully submitted their briefs on July 6, 2017.

By way of background, Defendant published a still photograph on its website which was appropriated without authorization from Plaintiff's copyrighted video of the Berkely Riots. Defendant argues that the still photograph displayed on its website is "*de minimus*" relative to the length of Plaintiff's video, even though Defendant took the heart of the video and displayed it on its website in the form of still photograph which is readily observable to any viewer.

In *Hirsch*, the defendant-publisher, CBS, displayed two seconds of Hirsch's photograph in a video segment.  On its motion to dismiss, CBS argued the use was *de minimus*.  Judge Engelmeyer denied the motion on grounds that "a reasonable jury could find substantial similarity between the Photo and CBS's alleged copying of it in the Episode; **that the copying was not, as a matter of law, *de minimus***; and that CBS infringed Hirsch's copyright."  (Opinion & Order, p. 8) (boldface added).  A copy of Judge Engelmeyer's order is attached hereto.

In this case, the still photograph appropriated from Plaintiff's copyrighted video is displayed for *more than two seconds*.  In fact, it is a permanent fixture on Mic Network's website.

Respectfully Submitted,

**/richardliebowitz/**
Richard Liebowitz
*Counsel for Plaintiff*

