UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUKASZ RUDKOWSKI,<br><br>                        Plaintiff,<br><br>      v.<br><br>MIC NETWORK, INC.<br><br>                        Defendant. | Case No. 1:17 Civ. 03647 (DAB) (JCF)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, and the Declaration of Eleanor M. Lackman, defendant Mic Network, Inc., by its undersigned counsel, will move this Court, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, before the Honorable Deborah A. Batts, United States District Judge, on a date and time this Court deems appropriate, for an order pursuant to 17 U.S.C. § 505, 28 U.S.C. § 1927, and the Court's inherent powers, granting attorneys' fees and sanctions in favor of Mic, and for such other and further relief as the Court may deem just and proper.

Respectfully submitted,

Dated: New York, New York
April 6, 2018

COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP

By: /s/ Eleanor M. Lackman
Eleanor M. Lackman
Marissa B. Lewis
41 Madison Avenue, 38th Floor
New York, New York 10010
Tel.: (212) 974-7474
Fax: (212) 974-8474
elackman@cdas.com
mlewis@cdas.com

*Attorneys for Defendant Mic Network, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2018, true and correct copies of defendant Mic Network, Inc.'s Motion in Support of Entry of Attorneys' Fees and Sanctions, and the accompanying Memorandum of Law and Declaration of Eleanor M. Lackman, were filed electronically with the Clerk of Court via the CM/ECF system, which will send notification of such filing to the following:

Richard Liebowitz<br>
Yekaterina Tsyvkin<br>
Kamanta Clintessia Kettle<br>
Liebowitz Law Firm, PLLC<br>
11 Sunrise Plaza, Suite 301<br>
Valley Stream, New York 11580<br>
rl@liebowitzlawfirm.com<br>
kt@liebowitzlawfirm.com<br>
kk@liebowitzlawfirm.com

 /s/ Marissa B. Lewis
MARISSA B. LEWIS