UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUKASZ RUDKOWSKI,

                      Plaintiff,

          v.

MIC NETWORK, INC.

                      Defendant.

Case No. 1:17 Civ. 03647 (DAB) (JCF)

## DECLARATION OF ELEANOR M. LACKMAN

ELEANOR M. LACKMAN declares as follows:

1.      I am a Partner with the law firm of Cowan, DeBaets, Abrahams & Sheppard LLP ("CDAS"), counsel for defendant Mic Network, Inc. ("Mic"). I submit this declaration in support of Mic's calculation of attorneys' fees and costs under 17 U.S.C. § 505.

2.      Mic seeks to recover $16,213.00 in attorneys' fees reasonably incurred in the course of litigating this matter, from its inception through October 2017. These attorneys' fees are associated with, *inter alia*, CDAS's assessment of plaintiff Lukasz Rudkowski's ("Plaintiff") complaint dated May 15, 2017 (Dkt. No. 1) (the "Complaint"); moving to dismiss the Complaint, including drafting Mic's moving and reply briefs; and preparing a response letter to address Plaintiff's cited "supplemental authority." Mic will submit a subsequent request for the fees incurred in making the instant motion promptly after the motion is fully submitted, in order to take into account the expense incurred by Mic in our preparation of the motion.

3.      Attached hereto as Exhibit A are true and correct copies of the invoices that CDAS sent to Mic in connection with this matter. The invoices (three in total) reflect time billed on this matter from June 1, 2017 through October 6, 2017.

4.      Each CDAS attorney who performed professional services for Mic in this case maintained a detailed time record of that attorney's services rendered and the time expended on a daily basis.  These time records were entered into a computer database (known as Juris) that is maintained by CDAS's accounting and billing department in the ordinary course of business and is used to create monthly bills.  The accounting and billing department generated preliminary reports (pre-bills) that were reviewed by me, as the primary litigation attorney responsible for this matter.  I reviewed the entries for accuracy, and I revised them as necessary.  The accounting and billing department entered any revisions made by me into a computerized database and generated the attached invoices therefrom.

5.      The hourly rates charged by CDAS partners and associates are commensurate with, and in most cases lower than, than those charged by other New York intellectual property and entertainment law firms of comparable size and reputation.  Attached as Exhibit B is an Order dated Dec. 9, 2013 in *16 Casa Duse, LLC v. Merkin, et al.*, No. 12 Civ. 3492 (RJS) (S.D.N.Y.), in which the court found all billable rates for CDAS to be "well below what other courts in this district have found reasonable."   Attached as Exhibit C is an article published on July 15, 2013 in *Corporate Counsel* summarizing a survey of billing rates of firms in different cities across the United States and of different sizes.  While CDAS is a small firm by headcount, at approximately 33 attorneys, its depth of expertise in the areas of law at issue here (copyright) places its services in CDAS's core fields on par with firms of greater size.[1]

---

[1] For example, the most recent ranking by the prestigious *Chambers USA* lists CDAS as among the publication's noted firms for copyright and trademark law, and the most recent ranking by *Super Lawyers*, which ranks only the top 5% of attorneys in the New York Metro area, over 40% of CDAS's partners and approximately a quarter of its total lawyers were included on the list in their areas of expertise (*e.g.*, intellectual property litigation and entertainment law).  Further, the two co-chairs of the firm's Litigation Group are listed in *Super Lawyers*' "Top 50 women" ranking.

6.      The CDAS attorneys assigned to represent Mic in this matter are identified in the chart below, which reflects time billed from June 1, 2017 through October 6, 2017.[2]  The hourly rates identified below are reasonable in light of the billers' experience levels and backgrounds, which are described in more detail below.

| Name | Title / Experience | Hourly Rate | Hours | Fees Incurred |
|---|---|---|---|---|
| Eleanor M. Lackman | Partner (15 years) | $515 | 8.2 | $4,223.00 |
| Marissa B. Lewis | Associate (5 years) | $275 | 43.6 | $11,990.00 |
| | | **Totals:** | **51.8** | **$16,213.00** |

7.      I earned my J.D. from Fordham University School of Law in 2003.  My entire career has focused primarily on litigation of copyright and trademark cases, which I not only litigate actively but oversee as co-chair of CDAS's litigation group, part of which handled the *Kanongataa* case referenced in our submission.  My prior work history includes litigating the *Gottlieb* case that Mic cited in its motion papers, as well as other pertinent copyright cases involving early motions on the merits; my intellectual property work has been recognized by *Chambers USA*, *Super Lawyers*, *Variety*, *Law360* and other leading legal publications.  A significant portion of my IP work has been handled for clients in the media and entertainment industries, and I have represented Mic in various copyright and trademark matters since early 2014.  I have served as lead counsel in this matter and supervised and counseled on all aspects of this litigation, including reviewing and revising every filing submitted on behalf of Mic in this action, including the motion papers in support of its motion to dismiss and its letter in response to Plaintiff's notice of supplemental

---

[2] A short supplemental submission reflecting the time billed on this matter in connection with the instant motion for fees and sanctions will be filed as soon as practicable.  As will be shown in the forthcoming bills, the attorneys' hourly rates increased at the start of 2018 following careful consideration by the CDAS firm.  My rate has increased to $570 per hour, and Ms. Lewis's to $320 per hour.

authority.    My    law    firm    biography    is    available    on    CDAS's    website, www.cdas.com/attorney/eleanor_lackman.

8.    Marissa B. Lewis is a fifth-year litigation associate in CDAS's litigation group. Ms. Lewis earned her J.D. *cum laude* from the Benjamin N. Cardozo School of Law in 2013 and has worked at CDAS since that time.  Ms. Lewis's career to date has been dedicated to representing entertainment and media clients in intellectual property matters and in litigation and other adversarial proceedings.  She was involved in all aspects of this litigation, and was primarily responsible for the research and drafting of Mic's motion to dismiss.  Ms. Lewis's law firm biography is available on CDAS's website, www.cdas.com/attorney/marissa_lewis.

9.    The number of hours the CDAS team spent on this case is comparable, or less than, most litigations of similar scope, due in part to the fact that CDAS defended another client, Coed Media Group, LLC, against a similarly frivolous claim of copyright infringement brought by the same lawyer that represents Plaintiff in this case, namely, Richard Liebowitz. *Kanongataa v. Coed Media Group, LLC*, No. 16 Civ. 07472 (LAK) (S.D.N.Y.).  In effort to keep costs down, Ms. Lewis, who was involved in the *Kanongataa* case, was assigned to this matter.  Ms. Lewis and I were responsible for different tasks, and there was little to no duplication of efforts between us.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: New York, New York
        April 6, 2018

                                                          _____
                                                          ELEANOR M. LACKMAN