# EXHIBIT A

# Cowan, DeBaets, Abrahams & Sheppard LLP

Attorneys at Law
41 Madison Avenue
New York, NY 10010
Tel: (212) 974-7474  Fax: (212) 974-8474
Web: www.cdas.com
E-Mail: cdas@cdas.com

Mic Network, Inc.



Bill Date: July 1, 2017
Bill # 92560   EML
Client # 02080 - 00007

RE: <u>Rudowski Lawsuit</u>

| FOR PROFESSIONAL SERVICES RENDERED | | | Hrs. | Rate | Amount |
|---|---|---|---|---|---|
| 06/01/17 | ML | Review complaint. | 0.40 | 275 | 110.00 |
| 06/05/17 | EML | Review analysis of claim; reach out to ▮ regarding strategy in response. | 0.30 | 515 | 154.50 |
| 06/05/17 | ML | Review complaint and analyze claims and defenses. Email E. Lackman regarding same. | 1.70 | 275 | 467.50 |
| 06/06/17 | ML | Conduct legal research for motion to dismiss. | 1.80 | 275 | 495.00 |
| 06/08/17 | ML | Continue to conduct legal research. Draft brief in support of motion to dismiss. | 8.70 | 275 | 2,392.50 |
| 06/11/17 | EML | Review and revise memo of law on motion to dismiss; draft message to ▮ regarding same and corporate disclosures. | 0.90 | 515 | 463.50 |
| 06/12/17 | ML | Revise motion to dismiss brief per E. Lackman's comments. Draft notice of motion and corporate disclosure statement. | 2.90 | 275 | 797.50 |
| 06/13/17 | ML | Conduct legal research and continue to revise motion to dismiss brief. Email E. Lackman regarding same. | 3.00 | 275 | 825.00 |
| 06/14/17 | EML | Final review and revision of memo of law and notice of motion. | 1.90 | 515 | 978.50 |
| 06/15/17 | ML | Revise and cite-check motion to dismiss brief. Draft declaration and prepare exhibits. Coordinate with D. Thomas on tables and finalize motion papers for filing. | 2.80 | 275 | 770.00 |
| 06/29/17 | EML | Review incoming opposition to motion to dismiss; draft notes for M. Lewis on approach to reply. | 1.00 | 515 | 515.00 |
| 06/30/17 | EML | Report to ▮ on opposition to motion to dismiss. | 0.20 | 515 | 103.00 |
| 06/30/17 | ML | Review plaintiff's opposition brief. Outline reply brief. Conduct research regarding determination of fair use and de minimis use on a motion to dismiss and draft section of reply brief regarding same. | 6.70 | 275 | 1,842.50 |

Cowan, DeBaets, Abrahams & Sheppard LLP        Client # 02080 - 00007        Bill# 92560        Page 2

TOTAL FEES FOR THIS MATTER                                            $9,914.50

SUMMARY OF CHARGES ON THIS BILL    through  June 30, 2017

| Init. | Hrs. | Rate | Amount |
|---|---|---|---|
| EML | 4.30 | 515.00 | $2,214.50 |
| ML | 28.00 | 275.00 | $7,700.00 |
| Total fees | | 32.30 | $9,914.50 |
| Total charges for this bill | | | $9,914.50 |
| Net current charges | | | $9,914.50 |
| Net charges due | | | $9,914.50 |
| TOTAL BALANCE NOW DUE | | | $9,914.50 |

City National Bank Wiring Instructions
Account Name: Cowan, DeBaets, Abrahams & Sheppard, LLP - Operating Account
Bank Name and Address: City National Bank, 400 Park Avenue, New York, NY 10022
Account No.: 665123421 Routing No.: 026013958 Swift Code: CINAUS6L

# Cowan, DeBaets, Abrahams & Sheppard LLP

Attorneys at Law
41 Madison Avenue
New York, NY 10010
Tel: (212) 974-7474  Fax: (212) 974-8474
Web: www.cdas.com
E-Mail: cdas@cdas.com

Mic Network, Inc.



Bill Date: August 1, 2017
Bill # 92821          EML
Client # 02080 - 00007

RE: <u>Rudowski Lawsuit</u>

| | |
|---|---|
| Balance as of bill dated 07/01/2017 | $9,914.50 |
| Payments received since last bill | 0.00 |
| Unpaid Balance forward | $9,914.50 |

| FOR PROFESSIONAL SERVICES RENDERED | | | <u>Hrs.</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 07/03/17 | ML | Conduct research regarding de minimis use and fair use.  Draft sections of reply brief regarding same. | 3.90 | 275 | 1,072.50 |
| 07/04/17 | ML | Conduct research regarding copyright registration requirement and enhanced damages.  Draft sections of reply brief regarding same.  Draft preliminary statement. | 4.80 | 275 | 1,320.00 |
| 07/05/17 | EML | Review and revise reply brief on motion to dismiss. | 3.60 | 515 | 1,854.00 |
| 07/05/17 | ML | Revise and cite-check reply brief.  Draft reply declaration and prepare exhibits to same. | 2.00 | 275 | 550.00 |
| 07/06/17 | ML | Revise and finalize reply brief, declaration, and exhibits.  Emails with E. Lackman regarding same.  Coordinate with D. Thomas on filing. | 1.20 | 275 | 330.00 |
| | | TOTAL FEES FOR THIS MATTER | | | $5,126.50 |

SUMMARY OF CHARGES ON THIS BILL    through July 31, 2017

| <u>Init.</u> | <u>Hrs.</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|
| EML | 3.60 | 515.00 | $1,854.00 |
| ML | 11.90 | 282.11 | $3,272.50 |
| Total fees | | 15.50 | $5,126.50 |
| Total charges for this bill | | | $5,126.50 |
| Net current charges | | | $5,126.50 |
| Net charges due | | | $5,126.50 |

| | | | |
|---|---|---|---|
| Cowan, DeBaets, Abrahams & Sheppard LLP | Client # 02080 - 00007 | Bill# 92821 | Page 2 |

|  |  |
|---|---|
| Plus unpaid balance forward | $9,914.50 |
| TOTAL BALANCE NOW DUE | $15,041.00 |

<u>City National Bank Wiring Instructions</u>
<u>Account Name: Cowan, DeBaets, Abrahams & Sheppard, LLP - Operating Account</u>
<u>Bank Name and Address: City National Bank, 400 Park Avenue, New York, NY 10022</u>
<u>Account No.: 665123421 Routing No.: 026013958 Swift Code: CINAUS6L</u>

# Cowan, DeBaets, Abrahams & Sheppard LLP

Attorneys at Law
41 Madison Avenue
New York, NY 10010
Tel: (212) 974-7474  Fax: (212) 974-8474
Web: www.cdas.com
E-Mail: cdas@cdas.com

Mic Network, Inc.



Bill Date: November 1, 2017
Bill # 94136         EML
Client # 02080  -  00007

RE:   Rudowski Lawsuit

| | | |
|---|---|---|
| Balance as of bill dated  08/01/2017 | | $15,041.00 |
| Payments received since last bill | | 15,041.00 |
| Unpaid Balance forward | | $0.00 |

| FOR PROFESSIONAL SERVICES RENDERED | | Hrs. | Rate | Amount |
|---|---|---|---|---|
| 10/03/17  ML | Review letter regarding supplemental authority. | 0.20 | 275 | 55.00 |
| 10/05/17  ML | Review letter and case cited as supplemental authority.  Draft response letter. | 3.50 | 275 | 962.50 |
| 10/06/17  EML | Review and revise response to notice of supplemental authority. | 0.30 | 515 | 154.50 |
| | TOTAL FEES FOR THIS MATTER | | | $1,172.00 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| 10/16/17 | A Plus Messenger Service, Inc.; Invoice # A246871 | 11.00 |
| | TOTAL DISBURSEMENTS FOR THIS MATTER | $11.00 |

SUMMARY OF CHARGES ON THIS BILL     through  October 31, 2017

| | Init. | Hrs. | Rate | Amount |
|---|---|---|---|---|
| | EML | 0.30 | 515.00 | $154.50 |
| | ML | 3.70 | 275.00 | $1,017.50 |
| Total fees | | 4.00 | | $1,172.00 |
| Total disbursements | | | | $11.00 |
| Total charges for this bill | | | | $1,183.00 |
| Net current charges | | | | $1,183.00 |
| Net charges due | | | | $1,183.00 |
| TOTAL BALANCE NOW DUE | | | | $1,183.00 |

Cowan, DeBaets, Abrahams & Sheppard LLP	Client # 02080 - 00007	Bill# 94136	Page 2

<u>City National Bank Wiring Instructions</u>
<u>Account Name: Cowan, DeBaets, Abrahams & Sheppard, LLP - Operating Account</u>
<u>Bank Name and Address: City National Bank, 400 Park Avenue, New York, NY 10022</u>
<u>Account No.: 665123421 Routing No.: 026013958 Swift Code: CINAUS6L</u>