UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUKASZ RUDKOWSKI,<br><br>       Plaintiff,<br><br>- against -<br><br>MIC NETWORK, INC.<br><br>       Defendant. | Docket No. 17-cv-3647 (DAB-JCF)<br><br>**NOTICE OF MOTION OF PLAINTIFF'S MOTION FOR RECONSIDERATION OR REARGUMENT PURSUANT TO LOCAL RULE 6.3 AND RULE 60(b)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

  **PLEASE TAKE NOTICE** that, upon this Notice of Motion; the memorandum of law in support thereof; and the pleadings and prior proceedings herein; Plaintiff Lukasz Rudkowski will move the Court, before the Honorable Deborah A. Batts (U.S.D.J.) at the United States District Court, 500 Pearl Street, New York, New York 10007, Rm 2510 at a time set by the Court for an Order VACATING the Court's Order to dismiss, dated March 23, 2018 [ECF Docket # 21] pursuant to Rule 60(b)(1) of the Federal Rules of Civil Procedure, and for such further relief as this Court deems just and proper.

  **PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 6.1(a) and 6.3, Defendant's opposition papers, if any, must be served by April 20, 2018; and Plaintiff's reply must be served by April 27, 2018.

Respectfully Submitted,

LIEBOWITZ LAW FIRM, PLLC

**/richardliebowitz/**
Richard Liebowitz, Esq.

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580

*Counsel for Plaintiff Lukasz Rudkowski*