# Liebowitz Law Firm, PLLC
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

April 13, 2018

**VIA ECF**

Honorable Deborah A. Batts
United States District Court
Southern District of New York
500 Pearl Street, Rm 2510
New York, NY 10007

Re: *Rudkowski v. Mic Network,* 17-cv-3647 (DAB-JCF)

Dear Judge Batts:

We represent Plaintiff Lukasz Rudkowski in the above-referenced and write pursuant to Section I.E of Your Honor's Individual Practices to respectfully request that the Court STAY the briefing schedule for Defendant's motion for attorneys' fees [Dkt. #24] until such time as Plaintiff's motion for reconsideration or reargument [Dkt. #27] has been decided.

Once a motion for attorneys' fees has been filed under Fed. R. Civ. P. 54(d), "the Advisory Notes suggest that 'the court may rule on the claim for fees, may defer its ruling on the motion, or may deny the motion without prejudice ...'" *BMG Rights Mgmt. (US) LLC v. Cox Commc'ns, Inc.*, No. 1:14-CV-1611, 2016 WL 9051162, at *1 (E.D. Va. Sept. 7, 2016) (quoting Adv. Com. Notes, 146 F.R.D. 501, 701 (1993)). Here, a stay is warranted because in the event the Court grants Plaintiff's motion for reconsideration, Defendant's attorneys' fees motion will be rendered moot.

In the alternative, Plaintiff seeks a 14-day extension of time to file its opposition brief.

(1) The original due date for Plaintiff to file his opposition is <u>April 20, 2018</u>.

(2) There have been no previous requests for an extension.

(3) This is the first request for an extension.

(4) Defendant opposes both the request for a stay and for an extension on grounds that it does not believe Plaintiff's motion for reconsideration will be granted.

Based on the foregoing, Plaintiff respectfully requests that Defendant's attorneys' fee motion be stayed pending the outcome of Plaintiff's motion for reconsideration. In the alternative, Plaintiff asks the Court to extend the deadline to oppose to **May 4, 2018**, with reply due May 11, 2018.





Respectfully Submitted,

LIEBOWITZ LAW FIRM

**By: /richardliebowitz/**
Richard Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
(516) 233-1660

*Counsel for Plaintiff Lukasz Rudkowski*