UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUKASZ RUDKOWSKI,<br><br>                              Plaintiff,<br><br>- against -<br><br>MIC NETWORK, INC.<br><br>                              Defendant. | Docket No. 17-cv-3647 (DAB-JCF)<br><br>**NOTICE OF APPEAL** |

**NOTICE** is hereby given that plaintiff Lukasz Rudkowski in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the final Judgment entered in this action on the 26th day of March, 2018 dismissing the action in its entirety [Docket No. 22] (attached hereto as Exhibit A)]; and the Order dated March 23, 2018 which dismissed the complaint pursuant to Rule 12(b)(6) [Docket No. 21] (attached hereto as Exhibit B)]; and the order dated September 6, 2018 which denied plaintiff's motion for reconsideration or motion to vacate the judgment pursuant to Rule 60(b) [Docket No. 36] (attached hereto as Exhibit C)].

Dated: September 10, 2018

LIEBOWITZ LAW FIRM, PLLC

**/s/richardpliebowitz/**
Richard P. Liebowitz
11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
rl@liebowitzlawfirm.com

*Counsel for Plaintiff Lukasz Rudkowski*