# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUKASZ RUDKOWSKI,

                Plaintiff,

-v-

MIC NETWORK, INC.,

                Defendant.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/26/18
```

17 **CIVIL** 3647 (DAB)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum & Order dated March 23, 2018, Defendant's motion to dismiss is GRANTED.

**Dated:** New York, New York
           March 26, 2018

                                        **RUBY J. KRAJICK**
                                        Clerk of Court
                      BY:
                                        Deputy Clerk