**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
**CIVIL APPEAL PRE-ARGUMENT STATEMENT (FORM C)**

**1. SEE NOTICE ON REVERSE.**    **2. PLEASE TYPE OR PRINT.**    **3. STAPLE ALL ADDITIONAL PAGES**

| Case Caption: | District Court or Agency: | Judge: |
|---|---|---|
| | Date the Order or Judgment Appealed from was Entered on the Docket: | District Court Docket No.: |
| | Date the Notice of Appeal was Filed: | Is this a Cross Appeal?  ☐ Yes   ☐ No |

| **Attorney(s) for Appellant(s):**  ☐ Plaintiff  ☐ Defendant | Counsel's Name: | Address: | Telephone No.: | Fax No.: | E-mail: |
|---|---|---|---|---|---|
| **Attorney(s) for Appellee(s):**  ☐ Plaintiff  ☐ Defendant | Counsel's Name: | Address: | Telephone No.: | Fax No.: | E-mail: |

| Has Transcript Been Prepared? | Approx. Number of Transcript Pages: | Number of Exhibits Appended to Transcript: | Has this matter been before this Circuit previously?   ☐ Yes   ☐ No<br><br>If Yes, provide the following:<br><br>Case Name:<br><br>2d Cir. Docket No.:        Reporter Citation: (i.e., F.3d or Fed. App.) |
|---|---|---|---|

*ADDENDUM "A"*: COUNSEL MUST ATTACH TO THIS FORM: (1) A BRIEF, BUT NOT PERFUNCTORY, DESCRIPTION OF THE NATURE OF THE ACTION; (2) THE RESULT BELOW; (3) A COPY OF THE NOTICE OF APPEAL AND A CURRENT COPY OF THE LOWER COURT DOCKET SHEET; AND (4) A COPY OF ALL RELEVANT OPINIONS/ORDERS FORMING THE BASIS FOR THIS APPEAL, INCLUDING TRANSCRIPTS OF ORDERS ISSUED FROM THE BENCH OR IN CHAMBERS.

*ADDENDUM "B"*: COUNSEL MUST ATTACH TO THIS FORM A LIST OF THE ISSUES PROPOSED TO BE RAISED ON APPEAL, AS WELL AS THE APPLICABLE APPELLATE STANDARD OF REVIEW FOR EACH PROPOSED ISSUE.

**PART A: JURISDICTION**

| 1. Federal Jurisdiction | 2. Appellate Jurisdiction |
|---|---|
| ☐ U.S. a party        ☐ Diversity | ☐ Final Decision        ☐ Order Certified by District Judge (i.e., Fed. R. Civ. P. 54(b)) |
| ☐ Federal question (U.S. not a party)   ☐ Other (specify): _____ | ☐ Interlocutory Decision Appealable As of Right    ☐ Other (specify): _____ |

**IMPORTANT.  COMPLETE AND SIGN REVERSE SIDE OF THIS FORM.**

| PART B: DISTRICT COURT DISPOSITION (Check as many as apply) | | |
|---|---|---|
| 1. <u>Stage of Proceedings</u><br>☐ Pre-trial<br>☐ During trial<br>☐ After trial | 2. <u>Type of Judgment/Order Appealed</u><br>☐ Default judgment          ☐ Dismissal/other jurisdiction<br>☐ Dismissal/FRCP 12(b)(1)    ☐ Dismissal/merit<br>   lack of subj. matter juris.  ☐ Judgment / Decision of the Court<br>☐ Dismissal/FRCP 12(b)(6)    ☐ Summary judgment<br>   failure to state a claim       ☐ Declaratory judgment<br>☐ Dismissal/28 U.S.C. § 1915(e)(2)  ☐ Jury verdict<br>   frivolous complaint          ☐ Judgment NOV<br>☐ Dismissal/28 U.S.C. § 1915(e)(2)  ☐ Directed verdict<br>   other dismissal              ☐ Other (specify): | 3. <u>Relief</u><br>☐ Damages:            ☐ Injunctions:<br>   Sought: $ _____    ☐ Preliminary<br>   Granted: $ _____   ☐ Permanent<br>   Denied: $ _____    ☐ Denied |

| PART C: NATURE OF SUIT (Check as many as apply) | | | |
|---|---|---|---|
| 1. <u>Federal Statutes</u><br>☐ Antitrust           ☐ Communications       ☐ Freedom of Information Act<br>☐ Bankruptcy       ☐ Consumer Protection  ☐ Immigration<br>☐ Banks/Banking    ☐ Copyright ☐ Patent   ☐ Labor<br>☐ Civil Rights       ☐ Trademark            ☐ OSHA<br>☐ Commerce,        ☐ Election             ☐ Securities<br>☐ Energy            ☐ Soc. Security       ☐ Tax<br>☐ Commodities     ☐ Environmental<br>☐ Other (specify): _____ | 2. <u>Torts</u><br>☐ Admiralty/<br>   Maritime<br>☐ Assault /<br>   Defamation<br>☐ FELA<br>☐ Products Liability<br>☐ Other (Specify): | 3. <u>Contracts</u><br>☐ Admiralty/<br>   Maritime<br>☐ Arbitration<br>☐ Commercial<br>☐ Employment<br>☐ Insurance<br>☐ Negotiable<br>   Instruments<br>☐ Other Specify | 4. <u>Prisoner Petitions</u><br>☐ Civil Rights<br>   Habeas Corpus<br>☐ Mandamus<br>☐ Parole<br>☐ Vacate Sentence<br>☐ Other |
| 5. <u>Other</u><br>☐ Forfeiture/Penalty<br>☐ Real Property<br>☐ Treaty (specify): _____<br>☐ Other (specify): _____ | 6. <u>General</u><br>☐ Arbitration<br>☐ Attorney Disqualification<br>☐ Class Action<br>☐ Counsel Fees<br>☐ Shareholder Derivative<br>☐ Transfer | 7. Will appeal raise constitutional issue(s)?<br>   ☐ Yes        ☐ No<br><br>Will appeal raise a matter of first impression?<br><br>   ☐ Yes        ☐ No | |

1. Is any matter relative to this appeal still pending below?   ☐ Yes, specify: _____   ☐ No

2. To your knowledge, is there any case presently pending or about to be brought before this Court or another court or administrative agency which:
   (A)   Arises from substantially the same case or controversy as this appeal?           ☐ Yes        ☐ No
   (B)   Involves an issue that is substantially similar or related to an issue in this appeal?   ☐ Yes        ☐ No

If yes, state whether  ☐ "A," or  ☐ "B," or ☐ both are applicable, and provide in the spaces below the following information on the *other* action(s):

| Case Name: | Docket No. | Citation: | Court or Agency: |
|---|---|---|---|
| Name of Appellant: | | | |

| Date: | Signature of Counsel of Record: |
|---|---|

## NOTICE TO COUNSEL

**Once you have filed your Notice of Appeal with the District Court or the Tax Court, you have only 14 days in which to complete the following important steps:**

1. Complete this Civil Appeal Pre-Argument Statement (Form C); serve it upon all parties, and file it with the Clerk of the Second Circuit in accordance with LR 25.1.
2. File the Court of Appeals Transcript Information/Civil Appeal Form (Form D) with the Clerk of the Second Circuit in accordance with LR 25.1.
3. Pay the $505 docketing fee to the United States District Court or the $500 docketing fee to the United States Tax Court unless you are authorized to prosecute the appeal without payment.

   **PLEASE NOTE:   IF YOU DO NOT COMPLY WITH THESE REQUIREMENTS WITHIN 14 DAYS, YOUR APPEAL WILL BE DISMISSED.**  *SEE* LOCAL RULE 12.1.