**Rudkowski v. Mic Network, Inc. [18-2686]**


## ADDENDUM B to FORM C


**A LIST OF THE ISSUES PROPOSED TO BE RAISED ON APPEAL, AS WELL AS THE APPLICABLE APPELLATE STANDARD OF REVIEW FOR EACH PROPOSED ISSUE.**


### Issues Presented:

1) Where the qualitative value of the copying is material to the infringer's news article, is the *de minimis* defense foreclosed as a matter of law?

2) Where a full color, full-scale screenshot taken from a 4:18 minute video is prominently and readily observable for (potentially) infinite duration on Defendant's website, is the copying quantitatively sufficient to weigh against the *de minimis* defense?

3) Did the District Court err by conflating the *de minimis* defense with the fair use defense in the absence of analyzing all four factors under 17 U.S.C. §107?


### Standard of Review":

The Court review *de novo* the dismissal of a complaint pursuant to Rule 12(b)(6), accepting all factual allegations as true and drawing all reasonable inferences in favor of the plaintiff. *Caro v. Weintraub*, 618 F.3d 94, 97 (2d Cir. 2010).