# EXHIBIT A

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/26/18
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LUKASZ RUDKOWSKI,

                Plaintiff,

-v-

17 CIVIL 3647 (DAB)

## JUDGMENT

MIC NETWORK, INC.,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum & Order dated March 23, 2018, Defendant's motion to dismiss is GRANTED.

**Dated:** New York, New York
        March 26, 2018

                                            **RUBY J. KRAJICK**
                                                Clerk of Court

                        BY:
                                                  Deputy Clerk