# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:17-cv-03647-DAB

| | |
|---|---|
| Rudkowski v. Mic Network Inc. | Date Filed: 05/15/2017 |
| Assigned to: Judge Deborah A. Batts | Date Terminated: 03/26/2018 |
| Cause: 17:101 Copyright Infringement | Jury Demand: Plaintiff |
| | Nature of Suit: 820 Copyright |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Lukasz Rudkowski**　　　　　　　　　represented by　**Richard Liebowitz**
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 301
Valleystream, NY 11580
(516)-233-1660
Email: RL@LiebowitzLawFirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Yekaterina Tsyvkin**
Liebowitz Law Firm PLLC
11 Sunrise Plaza, Suite 301
Valley Stream, NY 11580
(347)-405-2871
Email: kt@liebowitzlawfirm.com
*ATTORNEY TO BE NOTICED*

**Kamanta Clintessia Kettle**
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
516-233-1660
Fax: 516-612-2740
Email: kk@liebowitzlawfirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Mic Network Inc.**　　　　　　　　　represented by　**Eleanor Martine Lackman**
Cowan, DeBaets, Abrahams & Sheppard LLP
41 Madison Avenue, 38th Floor
New York, NY 10010
(212) 974-7474
Fax: (212) 974-8474
Email: elackman@cdas.com
*LEAD ATTORNEY*

ATTORNEY TO BE NOTICED

**Marissa Brooke Lewis**
Cowan, DeBaets, Abrahams & Sheppard LLP
41 Madison Avenue, 38th Floor
New York, NY 10010
(212) 974-7474
Fax: (212) 974-8474
Email: mlewis@cdas.com
ATTORNEY TO BE NOTICED

| Date Filed | # | Docket Text |
|---|---|---|
| 05/15/2017 | 1 | COMPLAINT against Mic Network Inc.. (Filing Fee $ 400.00, Receipt Number 0208-13666639)Document filed by Lukasz Rudkowski. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Kettle, Kamanta) (Entered: 05/15/2017) |
| 05/15/2017 | 2 | REQUEST FOR ISSUANCE OF SUMMONS as to Mic Network Inc., re: 1 Complaint. Document filed by Lukasz Rudkowski. (Kettle, Kamanta) (Entered: 05/15/2017) |
| 05/15/2017 | 3 | AO 121 FORM COPYRIGHT - NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form Copyright for case opening submitted to court for review.(Kettle, Kamanta) (Entered: 05/15/2017) |
| 05/15/2017 | 4 | CIVIL COVER SHEET filed. (Kettle, Kamanta) (Entered: 05/15/2017) |
| 05/16/2017 |  | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge Deborah A. Batts. Please download and review the Individual Practices of the assigned District Judge, located at http://nysd.uscourts.gov/judges/District. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://nysd.uscourts.gov/ecf_filing.php. (pc) (Entered: 05/16/2017) |
| 05/16/2017 |  | Magistrate Judge James C. Francis IV is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: http://nysd.uscourts.gov/forms.php. (pc) (Entered: 05/16/2017) |
| 05/16/2017 |  | Case Designated ECF. (pc) (Entered: 05/16/2017) |
| 05/16/2017 | 5 | ELECTRONIC SUMMONS ISSUED as to Mic Network Inc.. (pc) (Entered: 05/16/2017) |
| 05/16/2017 | 6 | AO 121 FORM COPYRIGHT - CASE OPENING - SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of Copyrights is hereby advised that a court action has been filed on the following copyright(s) in the U.S. District Court Southern District of New York. Form e-mailed to Register of Copyrights. (pc) (Entered: 05/16/2017) |
| 06/15/2017 | 7 | NOTICE OF APPEARANCE by Eleanor Martine Lackman on behalf of Mic Network Inc.. (Lackman, Eleanor) (Entered: 06/15/2017) |
| 06/15/2017 | 8 | NOTICE OF APPEARANCE by Marissa Brooke Lewis on behalf of Mic Network Inc.. (Lewis, Marissa) (Entered: 06/15/2017) |
| 06/15/2017 | 9 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Mic Network Inc..(Lewis, Marissa) (Entered: 06/15/2017) |

| | | |
|---|---|---|
| 06/15/2017 | 10 | MOTION to Dismiss *Plaintiff's Complaint*. Document filed by Mic Network Inc.. Responses due by 6/29/2017(Lackman, Eleanor) (Entered: 06/15/2017) |
| 06/15/2017 | 11 | MEMORANDUM OF LAW in Support re: 10 MOTION to Dismiss *Plaintiff's Complaint*. . Document filed by Mic Network Inc.. (Lackman, Eleanor) (Entered: 06/15/2017) |
| 06/15/2017 | 12 | DECLARATION of Marissa B. Lewis, Esq. in Support re: 10 MOTION to Dismiss *Plaintiff's Complaint*.. Document filed by Mic Network Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Lackman, Eleanor) (Entered: 06/15/2017) |
| 06/29/2017 | 13 | FIRST MEMORANDUM OF LAW in Opposition re: 10 MOTION to Dismiss *Plaintiff's Complaint*. . Document filed by Lukasz Rudkowski. (Tsyvkin, Yekaterina) (Entered: 06/29/2017) |
| 06/29/2017 | 14 | NOTICE OF APPEARANCE by Richard Liebowitz on behalf of Lukasz Rudkowski. (Liebowitz, Richard) (Entered: 06/29/2017) |
| 06/30/2017 | 15 | NOTICE OF APPEARANCE by Yekaterina Tsyvkin on behalf of Lukasz Rudkowski. (Tsyvkin, Yekaterina) (Entered: 06/30/2017) |
| 07/06/2017 | 16 | REPLY MEMORANDUM OF LAW in Support re: 10 MOTION to Dismiss *Plaintiff's Complaint*. . Document filed by Mic Network Inc.. (Lackman, Eleanor) (Entered: 07/06/2017) |
| 07/06/2017 | 17 | DECLARATION of Marissa B. Lewis, Esq. in Support re: 10 MOTION to Dismiss *Plaintiff's Complaint*.. Document filed by Mic Network Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Lackman, Eleanor) (Entered: 07/06/2017) |
| 08/30/2017 | 18 | FIRST LETTER addressed to Judge Deborah A. Batts from Yekaterina Tsyvkin dated August 30, 2017 re: Copyright Registration Certificate. Document filed by Lukasz Rudkowski. (Attachments: # 1 Exhibit Copyright Registration Certificate)(Tsyvkin, Yekaterina) (Entered: 08/30/2017) |
| 10/03/2017 | 19 | FIRST LETTER addressed to Judge Deborah A. Batts from Richard Liebowitz dated October 3, 2017 re: Supplemental Authority. Document filed by Lukasz Rudkowski. (Attachments: # 1 Opinion and Order)(Liebowitz, Richard) (Entered: 10/03/2017) |
| 10/06/2017 | 20 | LETTER addressed to Judge Deborah A. Batts from Eleanor M. Lackman, Esq. dated October 6, 2017 re: Response to Dkt. 19. Document filed by Mic Network Inc..(Lackman, Eleanor) (Entered: 10/06/2017) |
| 03/23/2018 | 21 | MEMORANDUM & ORDER granting 10 Motion to Dismiss. For the foregoing reasons, Defendant's Motions to Dismiss is GRANTED. (Signed by Judge Deborah A. Batts on 3/23/2018) (kgo) (Entered: 03/23/2018) |
| 03/23/2018 | | Transmission to Judgments and Orders Clerk. Transmitted re: 21 Order on Motion to Dismiss, to the Judgments and Orders Clerk. (kgo) (Entered: 03/23/2018) |
| 03/26/2018 | 22 | CLERK'S JUDGMENT re: 21 Order on Motion to Dismiss in favor of Mic Network Inc. against Lukasz Rudkowski. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Memorandum & Order dated March 23, 2018, Defendant's motion to dismiss is GRANTED. (Signed by Clerk of Court Ruby Krajick on 03/26/2018) (Attachments: # 1 Right to Appeal)(km) (Entered: 03/26/2018) |
| 03/26/2018 | 23 | AO 121 FORM COPYRIGHT - CASE TERMINATED- SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of Copyrights is hereby advised that a final decision was rendered on 03/26/2018 in a court action filed on the following |

| | | |
|---|---|---|
| | | copyright(s) in the U.S. District Court Southern District of New York. Form e-mailed to Register of Copyrights. (km) (Entered: 03/26/2018) |
| 04/06/2018 | 24 | MOTION for Attorney Fees *and Sanctions*. Document filed by Mic Network Inc..(Lewis, Marissa) (Entered: 04/06/2018) |
| 04/06/2018 | 25 | MEMORANDUM OF LAW in Support re: 24 MOTION for Attorney Fees *and Sanctions*. . Document filed by Mic Network Inc.. (Lewis, Marissa) (Entered: 04/06/2018) |
| 04/06/2018 | 26 | DECLARATION of Eleanor M. Lackman in Support re: 24 MOTION for Attorney Fees *and Sanctions*.. Document filed by Mic Network Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Lewis, Marissa) (Entered: 04/06/2018) |
| 04/06/2018 | 27 | MOTION for Reconsideration re; 21 Order on Motion to Dismiss . Document filed by Lukasz Rudkowski.(Liebowitz, Richard) (Entered: 04/06/2018) |
| 04/06/2018 | 28 | MEMORANDUM OF LAW in Support re: 27 MOTION for Reconsideration re; 21 Order on Motion to Dismiss . . Document filed by Lukasz Rudkowski. (Liebowitz, Richard) (Entered: 04/06/2018) |
| 04/12/2018 | 29 | INTERNET CITATION NOTE: Material from decision with Internet citation re: 21 Order on Motion to Dismiss. (Attachments: # 1 Internet Citation) (vf) (Entered: 04/12/2018) |
| 04/13/2018 | 30 | LETTER MOTION to Continue *Defendants' Motion for Attorneys' Fees Until Such time as Plaintiff's Motion for reconsideration is decided* addressed to Judge Deborah A. Batts from Richard Liebowitz dated 4/13/18., LETTER MOTION for Extension of Time addressed to Judge Deborah A. Batts from Richard Liebowitz dated 4/13/18. Document filed by Lukasz Rudkowski.(Liebowitz, Richard) (Entered: 04/13/2018) |
| 04/16/2018 | 31 | ORDER granting 30 Letter Motion for Extension of Time. Granted. So Ordered. (Signed by Judge Deborah A. Batts on 4/16/2018) (js) (Entered: 04/17/2018) |
| 04/16/2018 | | Set/Reset Deadlines: Responses due by 5/4/2018 Replies due by 5/11/2018. (js) (Entered: 04/17/2018) |
| 04/20/2018 | 32 | MEMORANDUM OF LAW in Opposition re: 27 MOTION for Reconsideration re; 21 Order on Motion to Dismiss . . Document filed by Mic Network Inc.. (Lackman, Eleanor) (Entered: 04/20/2018) |
| 04/27/2018 | 33 | REPLY MEMORANDUM OF LAW in Support re: 27 MOTION for Reconsideration re; 21 Order on Motion to Dismiss . . Document filed by Lukasz Rudkowski. (Liebowitz, Richard) (Entered: 04/27/2018) |
| 05/04/2018 | 34 | MEMORANDUM OF LAW in Opposition re: 24 MOTION for Attorney Fees *and Sanctions*. . Document filed by Lukasz Rudkowski. (Liebowitz, Richard) (Entered: 05/04/2018) |
| 05/11/2018 | 35 | REPLY MEMORANDUM OF LAW in Support re: 24 MOTION for Attorney Fees *and Sanctions*. . Document filed by Mic Network Inc.. (Lackman, Eleanor) (Entered: 05/11/2018) |
| 09/06/2018 | 36 | ORDER denying 24 Motion for Attorney Fees; denying 27 Motion for Reconsideration. For the foregoing reasons, Plaintiffs Motion for Reconsideration is DENIED and Defendant's Motion for Attorney's Fees and/or Sanctions is DENIED. SO ORDERED. (Signed by Judge Deborah A. Batts on 9/6/2018) (rro) (Entered: 09/06/2018) |
| 09/10/2018 | 37 | NOTICE OF APPEAL from 22 Clerk's Judgment, 21 Order on Motion to Dismiss, 36 Order on Motion for Attorney Fees, Order on Motion for Reconsideration,,. Document filed by Lukasz Rudkowski. Filing fee $ 505.00, receipt number 0208-15550559. Form C |

| | | |
|---|---|---|
| | | and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit B, # [3](#) Exhibit C)(Liebowitz, Richard) (Entered: 09/10/2018) |
| 09/10/2018 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [37](#) Notice of Appeal,. (nd) (Entered: 09/10/2018) |
| 09/10/2018 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for [37](#) Notice of Appeal, filed by Lukasz Rudkowski were transmitted to the U.S. Court of Appeals. (nd) (Entered: 09/10/2018) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/24/2018 23:37:40 | | | |
| **PACER Login:** | LiebowitzLawFirm:4796889:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:17-cv-03647-DAB |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |