**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

1:17-cv-03647-DAB

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of November, two thousand and eighteen,

---

Lukasz Rudkowski,

Plaintiff - Appellant,

v.

Mic Network Inc.,

Defendant - Appellee.

---

**ORDER**
Docket No. 18-2686

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: Nov. 30, 2018

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

Catherine O'Hagan Wolfe

UNITED STATES COURT OF APPEALS SECOND CIRCUIT

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

Catherine O'Hagan Wolfe

UNITED STATES COURT OF APPEALS SECOND CIRCUIT

MANDATE ISSUED ON 11/30/2018

**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the ____day of ____________, two thousand and ________.

| | |
|---|---|
| LUKASZ RUDKOWSKI,<br><br>Plaintiff-Appellant,<br><br>- against -<br><br>MIC NETWORK, INC.<br><br>Defendant-Appellee. | **STIPULATION**<br>Case No. 18-2686 |

Pursuant to FRAP 42(b), the parties have stipulated that the above-captioned case is withdrawn with prejudice, without costs and attorneys' fees.

Date: November 29, 2018

James H. Freeman
Attorney for Appellant

James H. Freeman
LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 305
New York, NY 11580
(516) 233-1600

Case 18-2686, Document 80-3, 11/30/2018, 2446128, Page1 of 1

**UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of Novembe, two thousand and eighteen ,

---

Rudkowski, Appellant

v.

Mic Network, Appellee

---

**STIPULATION**
Docket Number: 18-2686

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn with prejudice without costs and without attorneys' fees pursuant to FRAP 42(b).

Date: __________

______________________________
Attorney for Appellant

______________________________
Print Name and Firm

Date: 11/29/18

______________________________
Attorney for Appellee

Eleanor M. Lackman, Cowan DeBaets Abrahams & Sheppard LLP
Print Name and Firm